
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 1689 | **DATE** | 5/5/2000 |
| **CASE TITLE** | Medeva Pharmaceuticals vs. Morton Grove Pharmaceuticals, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Enter Memorandum Opinion and Order. The portion of the current filing that comprises denials of the Morton Grove Ads is stricken, both because it is unauthorized and because it is mere surplusage.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | MAY 08 2000 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 10 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| SN | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MEDEVA PHARMACEUTICALS )
MANUFACTURING, INC., et al., )
)
          Plaintiffs, )
)
v. ) No. 00 C 1689
)
MORTON GROVE PHARMACEUTICALS, INC.,)
)
          Defendant. )

## MEMORANDUM OPINION AND ORDER

At the same time earlier this week that this Court was presented with the litigants' competing proposals for scheduling the several phases of this patent infringement action, plaintiffs' counsel sought and obtained leave to respond to the Counterclaim that had been advanced by defendant Morton Grove Pharmaceuticals, Inc. ("Morton Grove"). When this Court received that new pleading, however, it noted that plaintiffs had not only addressed the Counterclaim but had also filed an unbidden Reply to the Affirmative Defenses ("ADs") advanced in Morton Grove's Answer.

No such pleading is permitted without leave of court (see the last sentence of Fed. R. Civ. P. 7(a)), and this Court sees no need to grant such leave where the law treats ADs as automatically placed into issue without the need to file any



response. Accordingly the portion of the current filing that comprises denials of the Morton Grove ADs is stricken, both because it is unauthorized and because it is mere surplusage.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 4, 2000